IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HELEN WEEKS,

        Plaintiff,

v.

SANTANDER CONSUMER USA, INC.,

        Defendant.
_____/

CIVIL ACTION NO.
8:12-cv-01655-EAK-AEP

## NOTICE OF SETTLEMENT

**COMES NOW** Defendant, SANTANDER CONSUMER USA, INC., ("Defendant"), by and through its undersigned counsel and with the consent of Plaintiff's counsel, hereby informs the Court that a settlement of the present matter has been reached as to all claims of Plaintiff, HELEN WEEKS ("Plaintiff") against Defendant.

Defendant, therefore, requests that this Honorable Court vacate all dates currently set on calendar for the present matter and give the parties 30 days to submit the necessary dismissal papers.

1

1181416 v1

Respectfully submitted this 21st day of September, 2012,

/s/ Laura L. Westerman
R. Frank Springfield (FL Bar No. 0010871)
Laura L. Westerman (FL Bar No. 0085573)
BURR & FORMAN LLP
200 S. Orange Avenue, Suite 800
Orlando, FL 32801
Telephone: (407) 540-6600
Facsimile: (407) 540-6601
fspringf@burr.com
lwesterman@burr.com

Attorneys for Defendant
SANTANDER CONSUMER USA, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to:

Harold E. Barker
Dicesare, Davidson & Barker, P.A.
P. O. Box 7160
Lakeland, FL 33807-7160
Email: rbarker@ddblaw.com
(863) 648-5999

/s/ Laura L. Westerman
OF COUNSEL

1181416 v1